# United States District Court
## Violation Notice

EV64

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 5125792 | Campbell | 213 |

5125792

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 12/20/2015 0530
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.21(c)

Place of Offense: NIB Guard @ CIA

Offense Description: Factual Basis for Charge
Speed in excess 81/50
D30423(?) FA20(?)  FB3007689

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Posada | Elias | R |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| NWK-8774 | VA | 04 | Volv/4dr | | Blue |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ Forfeiture Amount
$25 Processing Fee

PAY THIS AMOUNT → $ Total Collateral Due

### YOUR COURT DATE

Court Address: U.S. District Court
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2100

Date: 03/17/2016
Time: 09:00

X Defendant Signature: Elias Posada

(Rev. 01/2011)   Original - CVB Copy

CVB SCAN JAN 06, 2016 08:07

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passengers;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident