# United States District Court
## Violation Notice

EV64

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 5125794 | Campbell | 343 |

5125794

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 12/20/2015 0530 | 36 CFR 2.32(a)(2) |

Place of Offense

N/B GWMP @ D2

Offense Description: Factual Basis for Charge    HAZMAT ☐

Interfering w/ Agency function
Disobey lawful order of govt. employee

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Posada | Elias | R |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| NWK-8774 | VA | 04 | Volv/4DR | | Blue |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ~~Forfeiture Amount~~
+ $25 ~~Processing Fee~~

PAY THIS AMOUNT → $ ~~Total Collateral Due~~

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court | 03/17/2016 |
| 401 Courthouse Square | Time (hh:mm) |
| Alexandria, VA 22314 | 09:00 |
| (703) 299-2100 | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Elias Posada

(Rev. 01/2011)    Original - CVB Copy

CVB SCAN JAN 06, 2016 08:07

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
   Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
   Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passengers;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN JAN 06, 2016 08:07